SLIP OPINION

Cite as 2016 Ark. 221

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** May 19, 2016

IN RE: BOARD OF CERTIFIED COURT REPORTER EXAMINERS

## PER CURIAM

The Board of Certified Court Reporters has proposed the following amendment to the Regulations of the Board of Certified Court Reporter Examiners due to the increasing shortage of court reporters in rural areas of the state. The changes are set in "line-in," "line-out" fashion. (New material is underlined; deleted material is lined through.) We adopt this amendment to be effective immediately.

**Section 13.**

A. In the event of an emergency where no certified court reporter is immediately available, a judge of a circuit court may, in his or her discretion, grant:

i. a one hundred ~~twenty~~ eighty calendar day emergency certificate to an individual who currently holds a valid court reporting license or certification from another state or a national court reporting association. The emergency certificate may be renewed once.; or

ii. a ~~one hundred twenty~~ seven calendar day non-renewable emergency certificate to any other individual.

In order to continue the conduct of the court's business; provided that A copy of the one hundred twenty day emergency certificate shall be forthwith filed with the Clerk of the Arkansas Supreme Court and the Secretary of this Board.

B. A circuit judge shall not grant an emergency certificate to a court reporter whose court reporter board license or certification is at the time of the issuance of the emergency certificate revoked or suspended in Arkansas, any other state.